SHAWN R. PEREZ, ESQ.
626 South Third Street
Las Vegas, NV 89101
Telephone: (702) 485-3977
shawn711@msn.com

CHRISTOPHER R. ORAM, ESQ.
520 South Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: 702-584-5569
contact@christoporamlaw.com

Attorneys for Defendant,
CESAR MORALES

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE; ORDER |
| CESAR VAQUERA MORALES, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and Between Steven W. Myhre, Acting United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and counsel for defendant Cesar Vaquera Morales, Shawn Perez, Esq., that the previously imposed terms and conditions of Mr. Morales' pretrial release be modified to allow him to travel to and from the Escalon Livestock Market, located at 25525 E. Lone Tree Rd., Escalon, California on Wednesdays and Fridays from 7:00 a.m. through 10:00 p.m. for purposes of employment.

This stipulation is entered into for the following reasons:

1. Mr. Morales' pretrial conditions restrict his travel to the Northern District of California and the District of Nevada.

1

2. Mr. Morales is involved in the buying, selling and transportation of livestock that requires him to travel to and from the Escalon Livestock Market located in the town of Escalon in the Eastern District of California.

3. The sale days at the Livestock Market are Wednesdays and Fridays of each week.

4. The hours from 7:00 a.m. to 10:00 p.m. allow for the loading/unloading of livestock, time for the sale, and transportation to and from his home in San Jose, California.

5. Mr. Morales is in compliance with all terms and conditions of his pre-trial release.

DATED this 8th day of November, 2017.

                                                  STEVEN W. MYHRE

                                                  Acting United States Attorney

/s/ Shawn R. Perez, Esq.              By:    /s/ Christina D. Silva
SHAWN R. PEREZ, ESQ.                      CRISTINA D. SILVA
Counsel for Defendant                         Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED**, that the previously imposed conditions of pretrial release be modified to allow Mr. Morales to travel outside the Northern District of California to the town of Escalon located in the Eastern District of California on Wednesdays and Fridays during the hours of 7:00 a.m. to 10:00 p.m. for purposes of employment.

All other current conditions of Defendant's pre-trial release shall remain in place.

**IT IS SO ORDERED.**

DATED this _14th_ day of November, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
/s/ Shawn R. Perez
SHAWN R. PEREZ, ESQ.
Attorney for Defendant