UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CESAR VAQUERA MORALES, ) <br> ) <br> Defendant. ) | Case No.: 2:16-cr-265-GMN-CWH <br><br> **ORDER** |

Present before the Court is Cesar Vaquera Morales' motion to modify conditions of release (ECF NO. 1,439). On August 4, 2017, the defendant had his initial appearance in the Northern District of California. The order imposed by the Court in the Northern District of California required a bond in the amount of $750,000.00 with $250,000.00 being unsecured and $500,000.00 being secured by property with equity of at least $500,000.00 owned by Mr. Morales and one or more sureties.

On February 11, 2019, the Court heard the motion to modify conditions of release (ECF NO. 1,439). Government's counsel did not opposed the motion.

**IT IS HEREBY ORDERED** that the requirement for $500,000.00 secured surety bond as set forth in the defendant's conditions of pretrial release is removed.

DATED this 11th day of February 2019.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge