NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID JAFFE
Chief
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
dan.schiess@usdoj.gov
christopher.burton4@usdoj.gov
john.han2@usdoj.gov
tracey.batson2@usdoj.gov

*Attorneys representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Cesar Morales,<br><br>　　　　　　Defendant. | 2:16-cr-00265-GMN-NJK<br><br>**Stipulation for Additional Time to Respond to Defendant Morales' Motion to Strike the Testimony of Gary Rudnick, ECF No. 1876** |

　　　　The United States and defendant Cesar Morales stipulate that the Government will have until October 25, 2019, to respond to defendant Cesar Morales' Motion to Strike the Testimony of Gary Rudnick. ECF No. 1876. The response is currently due October 14, 2019.

1

Respectfully submitted this 11th day of October, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel R. Schiess
_____
DANIEL R. SCHIESS
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorneys
Organized Crime and Gang Section


/s/ Christopher R. Oram
_____
CHRISTOPHER R. ORAM
SHAWN R. PEREZ
*Counsel for Cesar Morales*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

        Plaintiff,

vs.

Cesar Morales,

        Defendant.

Case No.:2:16-cr-000265-GMN-NJK

ORDER

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 1876) currently due on October 14, 2019, and that the due date be continued to October 25, 2019.

DATED this __17__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court